## Commonwealth *v.* Cabey, Appellant.

Argued June 11, 1963. Before RHODES, P. J., WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (ERVIN, J., absent).

*Sara Duffy,* for appellant.

*A. Joseph Rieffel,* Assistant District Attorney, with him *Arlen Specter,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, September 12, 1963:

The six judges who heard the argument in this case being equally divided in opinion, judgment of sentence is affirmed.